**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1715**

ZHENLU ZHANG,

Plaintiff - Appellant,

v.

SCIENCE & TECHNOLOGY CORPORATION; COMPUTER SCIENCES
CORPORATION; NATIONAL OCEANIC AND ATMOSPHERIC
ADMINISTRATION; J. C. MILLER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge.
(8:08-cv-01716-DKC)

Submitted: September 10, 2009     Decided: September 14, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zhenlu Zhang, Appellant Pro Se.  C. Dennis Southard, IV,
THOMPSON & HINE, LLP, Washington, D.C.; Larry Robert Seegull,
DLA PIPER US LLP, Baltimore, Maryland; Jason Daniel Medinger,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zhenlu Zhang appeals the district court's order denying his motion for leave to file a motion for reconsideration after imposition of a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we deny Zhang's motions to recuse and for sanctions, and we affirm for the reasons stated by the district court. Zhang v. Science & Technology Corp., No. 8:08-cv-01716-DKC (D. Md. May 21 & June 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED